UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TYRONE HURT,<br><br>      Plaintiff,<br><br>  vs.<br><br>THE WHITE ARYON RESISTANCE OF THE STATE OF CALIFORNIA, THE KKK, et al.,<br><br>      Defendants. | Case No: C 12-03141 SBA<br><br>**ORDER** |

      On September 4, 2012, the Court issued an Order dismissing Plaintiff's complaint with leave to amend. Dkt. 14. Plaintiff was given twenty-one (21) days from September 4, 2012 to file a first amended complaint. Id. To date, Plaintiff has not filed a first amended complaint. The Court warns Plaintiff that this action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and failure to follow a court Order if he does not file a first amended complaint within seven (7) days from the date this Order is filed.

      IT IS SO ORDERED.

Dated: 10/25/12

                                                  SAUNDRA BROWN ARMSTRONG<br>
                                                  United States District Judge

1

2   UNITED STATES DISTRICT COURT
    FOR THE
3   NORTHERN DISTRICT OF CALIFORNIA

4

5   TYRONE HURT,

6           Plaintiff,

7     v.

8   THE WHITE ARYON RESISTANCE et al,

9           Defendant.
                                              /
10

11
                                              Case Number: CV12-03141 SBA
12
                                              **CERTIFICATE OF SERVICE**
13

14  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
15  Court, Northern District of California.

16  That on October 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
17  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.
18

19

20
    Tyrone Hurt
21  422 Chesapeake Street, SE, #33
    Washington, DC 20032-3637
22

23  Dated: October 25, 2012
                                              Richard W. Wieking, Clerk
24
                                                      By: Lisa Clark, Deputy Clerk
25

26

27

28

- 2 -